1          UNITED STATES DISTRICT COURT
2           DISTRICT OF PUERTO RICO

3  WORLDNET TELECOMMUNICATIONS
4  INC.,
                                        Civil No. 04-2051 (JAF)
5        Plaintiff,                     (Consolidated with
                                           04-2073 (JAF))
6        v.

7  TELECOMMUNICATIONS REGULATORY
8  BOARD OF PUERTO RICO, et al.,

9        Defendants.


10                          **O R D E R**

11       On April 4, 2005, we referred five motions for summary judgment

12   to Magistrate Judge Arenas for a Report and Recommendation. Docket

13   Document Nos. 42, 43, 44, 59, 60.  On October 5, 2005, Magistrate

14   Judge Arenas issued the Report and Recommendation. Docket Document

15   No. 87.  On October 20, 2005, Plaintiff Worldnet Telecommunications,

16   Defendant Puerto Rico Telephone Company ("PRT"), and Defendant

17   Telecommunications Regulatory Board of Puerto Rico ("TRB") all filed

18   objections.  Docket Document Nos. 89, 9192. All parties filed

19   oppositions to each other's objections on November 3, 2005. Docket

20   Document Nos. 96. 97, 98, 99.

21       We   have   carefully   reviewed   Magistrate   Judge   Arenas'

22   exceptionally  thorough  and  carefully-considered  Report  and

23   Recommendation, as well as the parties' respective objections.  The

24   few  issues  raised  in  the  objections  that  have  not  already  been

Civil No. 04-2051 (JAF)                                           -2-

1    addressed in the Magistrate Judge's decision are groundless and, with

2    one exception, not worthy of further discussion.  Accordingly, we

3    **APPROVE** and **ADOPT** the Report and Recommendation in its entirety.

4    Docket Document No. 87.

5        We pause only to address Defendant PRT's ripeness objection

6    regarding the recommendation that Defendant TRB revisit whether PRT

7    must make telecommunications services available for resale when it

8    receives such services through an affiliated entity. Docket Document

9    No. 92.  Defendant PRT argues that we are not empowered to direct

10   Defendant TRB to issue an advisory opinion on a matter that is not

11   ripe for adjudication. Id.  While we are not empowered to address

12   matters that are not ripe for adjudication, Defendant TRB is not so

13   encumbered.  Accordingly, Magistrate Judge Arenas merely recommended–

14   not directed– Defendant TRB to issue an opinion on the above-stated

15   issue.  This recommendation should not be construed as a compulsory

16   mandate.

17       In all other respects, the Report and Recommendation requires no

18   further clarification. Id.  This order, therefore, disposes of all

19   motions   that   were   submitted   to   the   Magistrate   Judge   for

20   consideration.  Docket Document Nos. 42, 43, 44, 59, 60.

21       Furthermore, we note that Plaintiff's May 6, 2005 motion for

22   summary judgment is still pending, as it was submitted after our

23   referral  of  this  matter  to  the  Magistrate  Judge  and  was  not

24   considered in the Report and Recommendation. Docket Document No. 72.

Civil No. 04-2051 (JAF)                                                    -3-

1    The issues raised in the outstanding motion, which takes aim at

2    Defendant TRB's *Second Order on Reconsideration*, have been squarely

3    addressed in Part VIII of the Report and Recommendation.

4    Specifically, Magistrate Judge Arenas found that "the TRB was correct

5    in concluding that it lacked the authority to force PRT to resell any

6    non-communications services found in any of its bundled offerings at

7    wholesale rates to Worldnet." Docket Document No. 87. We, therefore,

8    **DENY** Plaintiff's motion for summary judgment. Docket Document No. 72.

9         In accordance with the foregoing, Plaintiff Worldnet's first

10   motion for summary judgment is **GRANTED in part and DENIED in part.**

11   Docket Document No. 42. Defendant PRT's motion for summary judgment

12   is **GRANTED in part and DENIED in part**. Docket Document No. 43.

13   Defendant TRB's motion for summary judgment is **GRANTED in part and**

14   **DENIED in part.** Docket Document No. 44. Defendant TRB's second

15   motion for summary judgment is **GRANTED.** Docket Document No. 59.

16   Defendant PRT's second motion for summary judgment is **GRANTED.**

17   Docket Document No. 60. Plaintiff Worldnet's second motion for

18   summary judgment is **DENIED.** Docket Document No. 72. Judgment shall

19   be entered accordingly.

20        This case is now closed.

21        **IT IS SO ORDERED.**

22        San Juan, Puerto Rico, this 2nd day of February, 2006.

23                                          S/José Antonio Fusté
24                                          JOSE ANTONIO FUSTE

Civil No. 04-2051 (JAF)                                            -4-

1                                          Chief U. S. District Judge