|  | UNITED STATES DISTRICT COURT |
|---|---|
|  | DISTRICT OF PUERTO RICO |

| WORLDNET TELECOMMUNICATIONS, INC., | |
|---|---|
| Plaintiff, | Civil No. 04-2051 (JAF) |
| v. | |
| TELECOMMUNICATIONS REGULATORY BOARD, et al., | |
| Defendants. | |

**O R D E R**

On October 6, 2004, Plaintiff Worldnet Telecommunications, Inc. filed a complaint challenging an order of the Telecommunications Regulatory Board of Puerto Rico ("the Board") approving an interconnection agreement between Worldnet and Puerto Rico Telephone Company. Docket Document No. 1. On February 3, 2006, this court adopted the report and recommendation of Magistrate Judge Justo Arenas, Docket Document No. 87, and closed the case. Docket Document Nos. 102, 103. Plaintiffs appealed. Docket Document Nos. 104, 105. On July 19, 2007, the First Circuit issued a mandate affirming the district court's decision as to performance standards, and directing us to remand the decision to the Telecommunications Regulatory Board for further action consistent with the First Circuit's opinion. Docket Document No. 116.

Pursuant to the First Circuit's mandate, we hereby remand this case to the Telecommunications Regulatory Board of Puerto Rico for

Civil No. 04-2051 (JAF)                                                -2-

further action consistent with the First Circuit's opinion, <u>Docket Document No. 115</u>.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 24th day of August, 2007.

                                              S/José Antonio Fusté
                                              JOSE ANTONIO FUSTE
                                              Chief U.S. District Judge